IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

     Plaintiff,                        CIV. NO. S-11-3067GGH PS

  vs.

DERRYL WILLIAMS, et al.,

     Defendants.                     ORDER

       Plaintiff's motion to remand presently is calendared for hearing on January 5, 2012. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 230(g).

       Accordingly, IT IS ORDERED that:

       1. The January 5, 2011 hearing on the motion to remand, filed November 30, 2011, is vacated; and

\\\\

\\\\

\\\\

1     2. The motion will be submitted on the record after time has passed for filing an
2 opposition. See E.D. Local Rule 230(c).
3 DATED: December 16, 2011

                                       /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH:076:FNMA3067.vac.wpd